**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:20-cv-62332-AHS**

**AISHIA PETERSEN,**

      **Plaintiff,**

**v.**

**CHANEL, INC.,**

      **Defendant.**

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, **AISHIA PETERSEN,** by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 45 days.

      Dated this 25th day of January 2021.

                *s/Acacia Barros*
                Attorney for Plaintiff
                ACACIA BARROS, P.A.
                Acacia Barros, Esq.
                FBN: 106277
                11120 N. Kendall Dr., Suite 201
                Miami, Florida 33176
                Tel: 305-639-8381
                ab@barroslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel Ashley Jenkins, Esq. at asjenkins@seyfarth.com.

                *s/Acacia Barros*
                Attorney for Plaintiff
                ACACIA BARROS, P.A.