UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62332-CIV-SINGHAL/VALLE

AISHIA PETERSEN,

    Plaintiff,

vs.

CHANEL, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On January 25, 2021, Plaintiff filed a unilateral Notice of Settlement (DE [9]) indicating that the case had settled and that a Stipulation for Dismissal would be filed within 45 days. The time for compliance has passed, and to date a Stipulation for Dismissal has not been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **March 19, 2021,** the parties shall file a Stipulation for Dismissal. Failure to comply will result in an order of dismissal without prejudice without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of March 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF