UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

----------------------------------------x
AISHIA PETERSEN,

                Plaintiff,

     - against -                    Case No. 0:20-cv-62332-AHS

CHANEL USA, INC.,

                Defendant.
----------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff **AISHIA PETERSEN** ("Plaintiff"), by and through respective undersigned counsel, hereby stipulates that, based upon the settlement reached by the Parties in the above-captioned action and approval of Defendant's counsel to file this stipulation, all claims be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 15, 2021.
 By: ____s/ Acacia Barros, Esq.
   Acacia Barros, Esq.
   Florida Bar No. 106277
   E-mail: ab@barroslawfirm.com
   ACACIA BARROS, P.A.
   11120 N. Kendall Drive, Suite 201
   Miami, Florida 33176
   Telephone: (305) 639-8381
   Facsimile: (786) 364-7327
   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel.

                                      *s/Acacia Barros*
                                      Attorney for Plaintiff
                                      ACACIA BARROS, P.A.